IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

The Excellent Raj K. Patel,

    Plaintiff,

v.                     Case No. 1:24-cv-123-MLB

The United Parcel Service, Inc.,

    Defendant.

_____/

## ORDER

The Court **DIRECTS** the Clerk to terminate this case because it was docketed in violation of the Court's filing restriction.  *See Patel v. The United Parcel Service, Inc.*, No. 1:23-cv-2249, Dkt. 5 (N.D. Ga.); *Patel v. The United Parcel Service, Inc.*, No. 1:22-cv-4169, Dkt. 11 (N.D. Ga.).  The Court **DENIES AS MOOT** Plaintiff's Application to Proceed In Forma Pauperis (Dkt. 1).

**SO ORDERED** this 31st day of January, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE